# United States Bankruptcy Court
## Northern District of California

In re **Nicolas Rodriguez Lujano**, Debtor(s)

Case No.

Chapter **13**

## STATEMENT RE PAYMENT ADVICES

■ Attached are copies of all payment advices or other evidence of payment that I/we received from my/our employer(s) within the 60 days before the filing of this bankruptcy case. I/we have blocked out all but the last four digits of my/our social security number(s) wherever they appear on the attached copies.

☐ I/We received no payment advices or other evidence of payment from my/our employer(s) within the 60 days before the filing of this bankruptcy case.

I/we declare under penalty of perjury that the above statement is true and correct to the best of my/our knowledge, information, and belief.

Date **June 8, 2009** Signature **/s/ Nicolas Rodriguez Lujano**
**Nicolas Rodriguez Lujano**
Debtor

Date **June 8, 2009** Signature **/s/ Evan Martyndale Livingstone**
**Evan Martyndale Livingstone**
Attorney

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

## CHECKING

| Date | Transaction Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | **S5 SHARE A/C - CHECKING**<br>Joint Owner : ERIKA MONROY<br>YTD Interest/Dividend: $3.94 | | | |
| | **Balance Forward on 12/01/2008** | | | **$14,369.78** |
| 12/01/2008 | CHECK TO - ***** ERASMO LUJANO | -6,000.00 | | 8,369.78 |
| 12/01/2008 | CASH WITHDRAWAL | -200.00 | | 8,169.78 |
| 12/01/2008 | POS PURCHASE<br>400 RALEY S TWNE C ROHNERT PARK CA<br>000059019827 00000003 Dec 1 @ 5:02pm | -279.91 | | 7,889.87 |
| 12/01/2008 | DEBIT PURCHASE<br>TOWER MART 2 SANTA ROSA CA<br>000000089150 TOWR0002 Nov 29 | -30.00 | | 7,859.87 |
| 12/01/2008 | POS PURCHASE<br>1900 SANTA ROSA AV SANTA ROSA CA<br>000000000668 09900041 Dec 1 @ 6:28pm | -194.49 | | 7,665.38 |
| 12/02/2008 | SHARE DRAFT 2472 | -100.00 | | 7,565.38 |
| 12/02/2008 | POS PURCHASE<br>1680 PETALUMA HILL SANTA ROSA CA<br>000000312143 LK390045 Dec 2 @ 5:11pm | -38.46 | | 7,526.92 |
| 12/03/2008 | SHARE DRAFT 2458 | -100.00 | | 7,426.92 |
| 12/03/2008 | SHARE DRAFT 7478 | -99.00 | | 7,327.92 |
| 12/03/2008 | POS PURCHASE<br>1755 WAL-SAMS ROHNERT PARK CA<br>000023052270 17550070 Dec 3 @ 5:52pm | -101.65 | | 7,226.27 |
| 12/04/2008 | POS PURCHASE<br>1755 WAL-SAMS ROHNERT PARK CA<br>000091073479 17550016 Dec 3 @ 7:15pm | -50.62 | | 7,175.65 |
| 12/04/2008 | WF FIN BANK/PHONE PYMT/081203 | -150.00 | | 7,025.65 |
| 12/04/2008 | POS PURCHASE<br>4055 SANTA ROSA AV SANTA ROSA CA<br>000054014041 00212424<br>Dec 4 @ 11:20am | -38.94 | | 6,986.71 |
| 12/04/2008 | DEBIT PURCHASE<br>SERGIO MONRAZ DDS WINDSOR CA<br>000000080002 00016473 Dec 3 | -90.00 | | 6,896.71 |
| 12/04/2008 | DEPOSIT TR#382 | | 2,100.00 | 8,996.71 |
| 12/04/2008 | DEBIT PURCHASE<br>TOWER MART 2 SANTA ROSA CA<br>000000062030 TOWR0002 Dec 3 | -18.00 | | 8,978.71 |
| 12/04/2008 | POS PURCHASE<br>1900 SANTA ROSA AV SANTA ROSA CA<br>000000000605 09900041 Dec 4 @ 6:17pm | -35.90 | | 8,942.81 |
| 12/05/2008 | SHARE DRAFT 2474 | -100.00 | | 8,842.81 |
| 12/05/2008 | SHARE DRAFT 2475 | -139.05 | | 8,703.76 |
| 12/05/2008 | SHARE DRAFT 2482 | -120.00 | | 8,583.76 |
| 12/05/2008 | ACH CHECK 2473<br>AT&T TELCO WEST/000PAYMENT/120408 | -40.90 | | 8,542.86 |
| 12/05/2008 | DEBIT PURCHASE<br>KELLY-MOORE 809090 ROHNERT PARK CA<br>000000001022 0000001 Dec 4 | -78.74 | | 8,464.12 |
| 12/05/2008 | POS PURCHASE<br>MACYS WEST 031 55 SANTA ROSA CA<br>000000864065 01864065 Dec 5 @ 8:41pm | -233.28 | | 8,230.84 |
| 12/08/2008 | POS PURCHASE<br>CODDINGTON SHOPPIN SANTA ROSA CA<br>000054661295 00000001<br>Dec 7 @ 10:08pm | -32.39 | | 8,198.45 |





| Date | Transaction Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/08/2008 | DEBIT PURCHASE<br>SWEET RIVER GRILL SANTA ROSA CA<br>000000045591 01148253 Dec 7 | -85.80 | | 8,112.65 |
| 12/08/2008 | SHARE DRAFT 2479 | -13.00 | | 8,099.65 |
| 12/08/2008 | CASH WITHDRAWAL | -600.00 | | 7,499.65 |
| 12/09/2008 | POS PURCHASE<br>1900 SANTA ROSA AV SANTA ROSA CA<br>000000000207 09900041 Dec 8 @ 8:20pm | -214.85 | | 7,284.80 |
| 12/09/2008 | SHARE DRAFT 2476 | -250.00 | | 7,034.80 |
| 12/09/2008 | SHARE DRAFT 2481 | -273.70 | | 6,761.10 |
| 12/09/2008 | ACH CHECK 2480<br>ECHOSTAR COMMUNI/DISHCKPYMT/120808 | -72.75 | | 6,688.35 |
| 12/09/2008 | DEBIT PURCHASE<br>TOWER MART 2 SANTA ROSA CA<br>000000061650 TOWR0002 Dec 8 | -16.00 | | 6,672.35 |
| 12/10/2008 | SHARE DRAFT 2471 | -1,164.00 | | 5,508.35 |
| 12/10/2008 | SHARE DRAFT 2477 | -86.21 | | 5,422.14 |
| 12/10/2008 | SHARE DRAFT 2478 | -14.11 | | 5,408.03 |
| 12/11/2008 | AT&T/PAYMENT/121008 | -200.00 | | 5,208.03 |
| 12/11/2008 | DEBIT PURCHASE<br>TOWER MART 2 SANTA ROSA CA<br>000000096680 TOWR0002 Dec 10 | -10.00 | | 5,198.03 |
| 12/13/2008 | POS PURCHASE<br>400 RALEY S TWNE C ROHNERT PARK CA<br>000079090405 00000001<br>Dec 12 @ 11:44pm | -204.66 | | 4,993.37 |
| 12/13/2008 | POS PURCHASE<br>1755 WAL-SAMS ROHNERT PARK CA<br>000023535565 17550014<br>Dec 12 @ 9:53pm | -47.69 | | 4,945.68 |
| 12/13/2008 | DEPOSIT TR#239 | | 1,000.00 | 5,945.68 |
| 12/15/2008 | SHARE DRAFT 2470 | -15.00 | | 5,930.68 |
| 12/15/2008 | SHARE DRAFT 2483 | -49.89 | | 5,880.79 |
| 12/15/2008 | ACH CHECK 2484<br>VZ WIRELESS ARC/ARC/081212 | -187.19 | | 5,693.60 |
| 12/15/2008 | ACH CHECK 2485<br>FIA CardServices/CHECK PYMT/081212 | -200.00 | | 5,493.60 |
| 12/15/2008 | POS PURCHASE<br>1900 SANTA ROSA AV SANTA ROSA CA<br>000000000512 09900041<br>Dec 15 @ 12:49pm | -60.08 | | 5,433.52 |
| 12/15/2008 | POS PURCHASE<br>1900 SANTA ROSA AV SANTA ROSA CA<br>000000000517 09900041<br>Dec 15 @ 12:50pm | -66.03 | | 5,367.49 |
| 12/15/2008 | DEBIT PURCHASE<br>TOWER MART 2 SANTA ROSA CA<br>000000020840 TOWR0002 Dec 13 | -28.00 | | 5,339.49 |
| 12/16/2008 | POS PURCHASE<br>2166 SANTA ROSA AV SANTA ROSA CA<br>000044377839 00133351<br>Dec 16 @ 2:54am | -247.34 | | 5,092.15 |
| 12/16/2008 | POS PURCHASE<br>2166 SANTA ROSA AV SANTA ROSA CA<br>000045378014 00133351<br>Dec 16 @ 3:19am | -86.39 | | 5,005.76 |
| 12/16/2008 | POS PURCHASE<br>800 FARMERS LANE SANTA ROSA CA<br>000084023833 00000008<br>Dec 16 @ 5:43pm | -138.03 | | 4,867.73 |
| 12/16/2008 | DEBIT PURCHASE | -11.00 | | 4,856.73 |



Case: 09-11707 Doc# 7 Filed: 06/08/09 Entered: 06/08/09 12:43:50 Page 3 of 20





| Date | Transaction Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | TOWER MART 2 SANTA ROSA CA 000000006930 TOWR0002 Dec 15 | | | |
| 12/17/2008 | POS PURCHASE 8465 OLD REDWOOD H WINDSOR CA 000000722836 45598101 Dec 16 @ 10:20pm | -7.51 | | 4,849.22 |
| 12/17/2008 | SHARE DRAFT 2486 | -18.00 | | 4,831.22 |
| 12/17/2008 | POS PURCHASE 4825 REDWOOD DR RONHERT PARK CA 000060868701 00000002 Dec 17 @ 11:16am | -15.10 | | 4,816.12 |
| 12/17/2008 | TRANSFER TR#170 | -150.00 | | 4,666.12 |
| 12/18/2008 | ACH CHECK 2488 CITY OF SANTA RO/CHECKPAYMT/081217 | -159.82 | | 4,506.30 |
| 12/18/2008 | POS PURCHASE 2166 SANTA ROSA AV SANTA ROSA CA 000052389020 00133351 Dec 18 @ 7:03am | -172.39 | | 4,333.91 |
| 12/19/2008 | ACH CHECK 2487 CAPITAL ONE ARC/CHECK PYMT/081218 | -219.19 | | 4,114.72 |
| 12/19/2008 | POS PURCHASE 2570 CORBY AVE SANTA ROSA CA 000000926604 27245770 Dec 19 @ 11:29am | -55.00 | | 4,059.72 |
| 12/19/2008 | DEBIT PURCHASE TOWER MART 2 SANTA ROSA CA 000000088480 TOWR0002 Dec 18 | -13.01 | | 4,046.71 |
| 12/22/2008 | ATM WITHDRAWAL 6425 REDWOOD DR ROHNERT PARK CA 000000007434 XE4657 Dec 21 @ 12:05pm | -200.00 | | 3,846.71 |
| 12/22/2008 | POS PURCHASE 1900 SANTA ROSA AV SANTA ROSA CA 000000000399 09900041 Dec 21 @ 12:43pm | -11.98 | | 3,834.73 |
| 12/22/2008 | POS PURCHASE 1680 PETALUMA HILL SANTA ROSA CA 000000139803 LK390045 Dec 21 @ 1:06pm | -19.71 | | 3,815.02 |
| 12/22/2008 | POS PURCHASE 400 RALEY S TWNE C ROHNERT PARK CA 000016013739 00000006 Dec 22 @ 7:45pm | -132.37 | | 3,682.65 |
| 12/23/2008 | POS PURCHASE MACYS WEST 031 55 SANTA ROSA CA 000000803584 02803584 Dec 22 @ 9:46pm | -55.08 | | 3,627.57 |
| 12/23/2008 | DEBIT PURCHASE SWEET RIVER GRILL SANTA ROSA CA 000000051772 01148253 Dec 22 | -71.04 | | 3,556.53 |
| 12/23/2008 | POS PURCHASE 1900 SANTA ROSA AV SANTA ROSA CA 000000000476 09900041 Dec 23 @ 2:47pm | -217.34 | | 3,339.19 |
| 12/24/2008 | SHARE DRAFT 2489 | -1.12 | | 3,338.07 |
| 12/24/2008 | DEPOSIT TR#159 | | 140.00 | 3,478.07 |
| 12/24/2008 | POS PURCHASE 400 RALEY S TWNE C ROHNERT PARK CA 000079091169 00000001 Dec 24 @ 3:21pm | -46.30 | | 3,431.77 |
| 12/24/2008 | POS PURCHASE 4625 REDWOOD DR ROHNERT PARK CA | -23.74 | | 3,408.03 |





| Date | Transaction Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | 000000311897 59364401<br>Dec 24 @ 1:43pm | | | |
| 12/26/2008 | DEBIT PURCHASE<br>TOWER MART 2 SANTA ROSA CA<br>000000059350 TOWR0002 Dec 24 | -16.00 | | 3,392.03 |
| 12/27/2008 | ATM WITHDRAWAL<br>6425 REDWOOD DR ROHNERT PARK CA<br>000000007915 XE4657 Dec 27 @ 1:27pm | -300.00 | | 3,092.03 |
| 12/29/2008 | POS PURCHASE<br>LEPES TIDEA II SANTA ROSA CA<br>000000602622 00010001<br>Dec 27 @ 4:00pm | -6.47 | | 3,085.56 |
| 12/29/2008 | ATM WITHDRAWAL<br>6425 REDWOOD DR ROHNERT PARK CA<br>000000007956 XE4657 Dec 28 @ 7:01am | -140.00 | | 2,945.56 |
| 12/29/2008 | SHARE DRAFT 2490 | -250.00 | | 2,695.56 |
| 12/29/2008 | ACH CHECK 2492<br>OLD NAVY/CHECKPAYMT/081228 | -0.44 | | 2,695.12 |
| 12/29/2008 | DEBIT PURCHASE<br>TOWER MART 2 SANTA ROSA CA<br>000000068280 TOWR0002 Dec 27 | -17.00 | | 2,678.12 |
| 12/31/2008 | POS PURCHASE<br>440 DUTTON AVENUE SANTA ROSA CA<br>000000437786 LK471185<br>Dec 31 @ 1:44pm | -13.84 | | 2,664.28 |
| 12/31/2008 | POS PURCHASE<br>355 CODDINGTOWN CT SANTA ROSA CA<br>0000503241 D5390746 Dec 31 @ 3:10pm | -53.95 | | 2,610.33 |
| 12/31/2008 | POS PURCHASE<br>1680 PETALUMA HILL SANTA ROSA CA<br>000000470455 LK390045<br>Dec 31 @ 3:36pm | -7.19 | | 2,603.14 |
| 12/31/2008 | DIVIDEND CREDIT | | 0.86 | 2,604.00 |
| 12/31/2008 | Annual Percentage Yield Earned: 0.20% | | | |
| 12/31/2008 | For the 31 day period. | | | |
| **Ending Balance as of 12/31/2008** | | | | **$2,604.00** |

*24 Checks for: $3,673.37* *54 Other Debits for: $11,333.27*
*3 Deposits for: $3,240.00* *1 Other Credits for: $0.86*

Total Fees for Paying Overdrafts this Statement Period: $0.00
Total Fees for Paying Overdrafts Year To Date: $0.00
Total Fees for Returning Items Unpaid this Statement Period: $0.00
Total Fees for Returning Items Unpaid Year To Date: $0.00

## SHARE SAVINGS

| Date | Transaction Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **S1 SHARE A/C - SHARE** | Joint Owner : ERIKA MONROY<br>YTD Interest/Dividend: $0.13 | | | |
| **Balance Forward on 12/01/2008** | | | | **$65.19** |
| **Ending Balance as of 12/31/2008** | | | | **$65.19** |






## ❖ Y-T-D SUMMARIES

Total YTD Interest/Dividend Paid : $4.07
Total Fees for Paying Overdrafts this Statement Period: $0.00
Total Fees for Paying Overdrafts Year To Date: $0.00
Total Fees for Returning Items Unpaid this Statement Period: $0.00
Total Fees for Returning Items Unpaid Year To Date: $0.00

CAL STATE CENTRAL CREDIT UNION
1205 North Dutton Avenue
Santa Rosa, CA 95401
707.546.6311
www.csccu.org

*Member Statement*

Account Number: [redacted]648

Statement Date: 01/01/2009 to 01/31/2009



oz 01



49i4a
04732

NICOLAS RODRIGUEZ LUJANO
625 POWDER HORN AVE.
SANTA ROSA, CA 95407


Important Messages

**Home Loans? Start at CSCCU**
*Equal Housing Lender*

As home prices lower, you may now be ready to purchase a home. **NEW** home loan? **REFINANCE** an existing home loan? **HELOC?** (707) 543-8119 for information or apply online at www.csccu.org


## Account Summary

| | | | |
|---|---|---|---|
| SHARE SAVINGS | $65.19 | SHARE DRAFT CHECKING | $1,293.20 |
| SAVINGS CERTIFICATES | Super Savings Rates @ www.csccu.org | LOANS | Need a boat or RV loan? Inquire today! |
| IRA ACCOUNTS | 2 Options: Traditional or Roth! | PREMIUM SAVINGS | Current Rates @ www.csccu.org |


## What's New!

NO monthly service charge on our checking accounts

*eChecking* = high-rate, liquid checking with NO minimum balance and a Visa Debit Card! www.csccu.org or call (707) 546-6311 *Regular* checking is interest-earning* *Check our newsletter for details!


# CHECKS CLEARED AT A GLANCE

| Date | Check# | Amount | Date | Check# | Amount |
|---|---|---|---|---|---|
| 01/15/2009 | 2493 | 117.54 | 01/16/2009 | 2497 | 72.75 |
| 01/21/2009 | 2494 | 273.70 | 01/16/2009 | 2498 | 18.00 |
| 01/21/2009 | 2495 | 181.07 | 01/27/2009 | 2499 | 2,000.00 |
| 01/15/2009 | 2496 | 50.99 | 01/06/2009 | 8999* | 99.00 |

*Indicates a break in check sequence.

8 Checks Cleared: $2,813.05

# CHECKING

| Date | Transaction Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | S5 SHARE A/C - CHECKING<br>Joint Owner : ERIKA MONROY<br>YTD Interest/Dividend: $3.94 | | | |
| | Balance Forward on 01/01/2009 | | | $2,604.00 |
| 01/02/2009 | POS PURCHASE<br>2790 SANTA ROSA AV SANTA ROSA CA<br>0000815461 26025010 Dec 31 @ 8:21pm | -8.24 | | 2,595.76 |

4732-11137







| Date | Transaction Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/02/2009 | POS PURCHASE<br>1755 WAL-SAMS ROHNERT PARK CA<br>000084308683 17550043 Jan 2 @ 9:52am | -46.20 | | 2,549.56 |
| 01/03/2009 | POS PURCHASE<br>2648 SANTA ROSA AV SANTA ROSA CA<br>000000991346 00MT8L01 Jan 2 @ 7:18pm | -20.00 | | 2,529.56 |
| 01/05/2009 | ATM WITHDRAWAL<br>6425 REDWOOD DR ROHNERT PARK CA<br>000000008597 XE4657 Jan 4 @ 2:00pm | -300.00 | | 2,229.56 |
| 01/05/2009 | POS PURCHASE<br>1755 WAL-SAMS ROHNERT PARK CA<br>000096650381 17550014 Jan 4 @ 2:30pm | -31.56 | | 2,198.00 |
| 01/05/2009 | POS PURCHASE<br>1680 PETALUMA HILL SANTA ROSA CA<br>000000207148 LK390045 Jan 5 @ 8:15am | -7.66 | | 2,190.34 |
| 01/06/2009 | POS PURCHASE<br>1755 WAL-SAMS ROHNERT PARK CA<br>000049648960 17550012 Jan 5 @ 7:19pm | -43.69 | | 2,146.65 |
| 01/06/2009 | DEBIT PURCHASE<br>DENNY'S #7453 PETALUMA CA<br>000000060482 1 Jan 4 | -13.12 | | 2,133.53 |
| 01/06/2009 | SHARE DRAFT 8999 | -99.00 | | 2,034.53 |
| 01/06/2009 | POS PURCHASE<br>1680 PETALUMA HILL SANTA ROSA CA<br>000000395273 LK390045 Jan 6 @ 4:25pm | -33.34 | | 2,001.19 |
| 01/07/2009 | CASH WITHDRAWAL | -300.00 | | 1,701.19 |
| 01/08/2009 | DEBIT PURCHASE<br>TOWER MART 2 SANTA ROSA CA<br>000000004340 TOWR0002 Jan 7 | -18.00 | | 1,683.19 |
| 01/09/2009 | POS PURCHASE<br>1680 PETALUMA HILL SANTA ROSA CA<br>000000662444 LK390045 Jan 9 @ 4:30pm | -42.81 | | 1,640.38 |
| 01/12/2009 | ATM WITHDRAWAL<br>1205 NORTH DUTTON SANTA ROSA CA<br>000000001226 XE4658 Jan 10 @ 5:47pm | -300.00 | | 1,340.38 |
| 01/12/2009 | POS PURCHASE<br>1900 SANTA ROSA AV SANTA ROSA CA<br>000000000870 09900041<br>Jan 11 @ 4:36pm | -438.89 | | 901.49 |
| 01/12/2009 | ATM WITHDRAWAL<br>6425 REDWOOD DR ROHNERT PARK CA<br>000000009258 XE4657 Jan 11 @ 5:32pm | -100.00 | | 801.49 |
| 01/14/2009 | DEPOSIT TR#161 | | 400.00 | 1,201.49 |
| 01/15/2009 | ACH CHECK 2496<br>AT&T TELCO WEST/000PAYMENT/011409 | -50.99 | | 1,150.50 |
| 01/15/2009 | ACH CHECK 2493<br>VZ WIRELESS ARC/ARC/090114 | -117.54 | | 1,032.96 |
| 01/15/2009 | DEPOSIT TR#456 | | 8,619.92 | 9,652.88 |
| 01/15/2009 | POS PURCHASE<br>1680 PETALUMA HILL SANTA ROSA CA<br>000000588047 LK390045<br>Jan 15 @ 5:41pm | -22.33 | | 9,630.55 |
| 01/16/2009 | POS PURCHASE<br>1900 SANTA ROSA AV SANTA ROSA CA<br>000000000280 09900041<br>Jan 15 @ 6:07pm | -28.97 | | 9,601.58 |
| 01/16/2009 | SHARE DRAFT 2498 | -18.00 | | 9,583.58 |
| 01/16/2009 | ACH CHECK 2497<br>ECHOSTAR COMMUNI/DISHCKPYMT/011509 | -72.75 | | 9,510.83 |
| 01/16/2009 | POS PURCHASE<br>2570 CORBY AVE SANTA ROSA CA | -19.00 | | 9,491.83 |

| Date | Transaction Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | 000000903761 27245763<br>Jan 16 @ 11:41am | | | |
| 01/16/2009 | POS PURCHASE<br>490 COURT ST. SANTA ROSA CA<br>000000749056 00000004<br>Jan 16 @ 9:23am | -7.01 | | 9,484.82 |
| 01/20/2009 | POS PURCHASE<br>1900 SANTA ROSA AV SANTA ROSA CA<br>000000000935 09900041<br>Jan 18 @ 3:42pm | -115.71 | | 9,369.11 |
| 01/20/2009 | POS PURCHASE<br>1900 SANTA ROSA AV SANTA ROSA CA<br>000000000638 09900041<br>Jan 20 @ 5:36pm | -108.82 | | 9,260.29 |
| 01/21/2009 | SHARE DRAFT 2494 | -273.70 | | 8,986.59 |
| 01/21/2009 | SHARE DRAFT 2495 | -181.07 | | 8,805.52 |
| 01/26/2009 | POS PURCHASE<br>9040 BROOKS RD WINDSOR CA<br>000000599158 14340010<br>Jan 25 @ 3:23pm | -22.21 | | 8,783.31 |
| 01/26/2009 | DEBIT PURCHASE<br>TOWER MART 2 SANTA ROSA CA<br>000000013440 TOWR0002 Jan 25 | -17.00 | | 8,766.31 |
| 01/27/2009 | SHARE DRAFT 2499 | -2,000.00 | | 6,766.31 |
| 01/27/2009 | CASH WITHDRAWAL | -4,000.00 | | 2,766.31 |
| 01/27/2009 | POS PURCHASE<br>4625 REDWOOD DRIVE ROHNERT PARK CA<br>000000098755 24175501<br>Jan 27 @ 2:41pm | -139.95 | | 2,626.36 |
| 01/27/2009 | POS PURCHASE<br>4625 REDWOOD DRIVE ROHNERT PARK CA<br>000000988922 24175501<br>Jan 27 @ 3:26pm | -83.52 | | 2,542.84 |
| 01/29/2009 | CASH WITHDRAWAL | -1,000.00 | | 1,542.84 |
| 01/30/2009 | POS PURCHASE<br>SHELL SANTA ROSA CA<br>000000241026 16221701<br>Jan 30 @ 6:59am | -22.00 | | 1,520.84 |
| 01/30/2009 | POS PURCHASE<br>800 FARMERS LANE SANTA ROSA CA<br>000036078149 00000007<br>Jan 30 @ 5:21pm | -196.91 | | 1,323.93 |
| 01/30/2009 | POS PURCHASE<br>2930 SANTA ROSA AV SANTA ROSA CA<br>000000146462 69335101<br>Jan 30 @ 2:43pm | -15.50 | | 1,308.43 |
| 01/31/2009 | POS PURCHASE<br>SHELL SANTA ROSA CA<br>000000315888 16221701<br>Jan 31 @ 3:38am | -16.00 | | 1,292.43 |
| 01/31/2009 | DIVIDEND CREDIT | | 0.77 | 1,293.20 |
| 01/31/2009 | Annual Percentage Yield Earned: 0.20% | | | |
| 01/31/2009 | For the 31 day period. | | | |
| **Ending Balance as of 01/31/2009** | | | | **$1,293.20** |

*8 Checks for: $2,813.05* *31 Other Debits for: $7,518.44*
*2 Deposits for: $9,019.92* *1 Other Credits for: $0.77*

Total Fees for Paying Overdrafts this Statement Period: $0.00
Total Fees for Paying Overdrafts Year To Date: $0.00
Total Fees for Returning Items Unpaid this Statement Period: $0.00





| Date | Transaction Description | Debits | Credits | Balance |
|---|---|---|---|---|

Total Fees for Returning Items Unpaid Year To Date: $0.00

## SHARE SAVINGS

| Date | Transaction Description | Debits | Credits | Balance |
|---|---|---|---|---|
| S1 SHARE A/C - SHARE | | | | |
| | Joint Owner : ERIKA MONROY | | | |
| | YTD Interest/Dividend: $0.13 | | | |
| **Balance Forward on 01/01/2009** | | | | **$65.19** |
| **Ending Balance as of 01/31/2009** | | | | **$65.19** |

## ❖ Y-T-D SUMMARIES

Total 2008 YTD Interest/Dividend Paid : $4.07
Total Fees for Paying Overdrafts this Statement Period: $0.00
Total Fees for Paying Overdrafts Year To Date: $0.00
Total Fees for Returning Items Unpaid this Statement Period: $0.00
Total Fees for Returning Items Unpaid Year To Date: $0.00

11140
3137

CAL STATE CENTRAL CREDIT UNION
1205 North Dutton Avenue
Santa Rosa, CA 95401
707.546.6311
www.csccu.org

*Member Statement*

Account Number: ███648
Statement Date: 02/01/2009 to 02/28/2009


OZ 01
NICOLAS RODRIGUEZ LUJANO
625 POWDER HORN AVE.
SANTA ROSA, CA 95407

6734a
03751



## Important Messages

NO monthly service charge on our checking accounts

*eChecking* = high-rate, liquid checking with NO minimum balance and a Visa Debit Card!
www.csccu.org or call (707) 546-6311
*Regular* checking is interest-earning*
*Check our newsletter for details!

## Account Summary

| | | | |
|---|---|---|---|
| SHARE SAVINGS | $65.19 | SHARE DRAFT CHECKING | $447.41 |
| SAVINGS CERTIFICATES | Super Savings Rates @ www.csccu.org | LOANS | Need a boat or RV loan? Inquire today! |
| IRA ACCOUNTS | 2 Options: Traditional or Roth! | PREMIUM SAVINGS | Current Rates @ www.csccu.org |

## What's New!

**Home Loans? Start at CSCCU**
*Equal Housing Lender*

As home prices lower, you may now be ready to purchase a home. **NEW** home loan? **REFINANCE** an existing home loan? **HELOC?** (707) 543-8119 for information or apply online at www.csccu.org

## CHECKS CLEARED AT A GLANCE

| Date | Check# | Amount | Date | Check# | Amount |
|---|---|---|---|---|---|
| 02/02/2009 | 2500 | 250.00 | 02/27/2009 | 2505 | 195.83 |
| 02/24/2009 | 2501 | 283.70 | 02/27/2009 | 2506 | 291.55 |
| 02/26/2009 | 2502 | 73.71 | 02/25/2009 | 2507 | 24.00 |
| 02/25/2009 | 2503 | 261.38 | 02/04/2009 | 9710273* | 99.00 |
| 02/24/2009 | 2504 | 116.40 | | | |

*Indicates a break in check sequence.

9 Checks Cleared: $1,595.57

## CHECKING

| Date | Transaction Description | Debits | Credits | Balance |
|---|---|---|---|---|
| S5 SHARE A/C - CHECKING | | | | |
| | Joint Owner : ERIKA MONROY | | | |
| | YTD Interest/Dividend: $0.84 | | | |
| Balance Forward on 02/01/2009 | | | | $1,293.20 |
| 02/02/2009 | SHARE DRAFT 2500 | -250.00 | | 1,043.20 |
| 02/04/2009 | SHARE DRAFT 9710273 | -99.00 | | 944.20 |

3751-7603



Case: 09-11707 Doc# 7 Filed: 06/08/09 Entered: 06/08/09 12:43:50 Page 11 of 20

| Date | Transaction Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/05/2009 | HARLANDCLARKE-LI/CHK ORDER/020409 | -18.90 | | 925.30 |
| 02/13/2009 | POS PURCHASE<br>4805 REDWOOD DR ROHNERT PK CA<br>000000490346 48566801<br>Feb 13 @ 3:35pm | -100.20 | | 825.10 |
| 02/18/2009 | POS PURCHASE<br>4625 REDWOOD DRIVE ROHNERT PARK CA<br>000000669411 24175501<br>Feb 18 @ 2:23pm | -43.64 | | 781.46 |
| 02/19/2009 | POS PURCHASE<br>2648 SANTA ROSA AV SANTA ROSA CA<br>000000908596 00MT8L01<br>Feb 19 @ 7:20am | -46.00 | | 735.46 |
| 02/23/2009 | DEPOSIT TR#208 | | 1,000.00 | 1,735.46 |
| 02/24/2009 | SHARE DRAFT 2501 | -283.70 | | 1,451.76 |
| 02/24/2009 | ACH CHECK 2504<br>VZ WIRELESS ARC/ARC/090223 | -116.40 | | 1,335.36 |
| 02/25/2009 | SHARE DRAFT 2507 | -24.00 | | 1,311.36 |
| 02/25/2009 | ACH CHECK 2503<br>AT&T TELCO WEST/000PAYMENT/022409 | -261.38 | | 1,049.98 |
| 02/26/2009 | ACH CHECK 2502<br>ECHOSTAR COMMUNI/DISHCKPYMT/022509 | -73.71 | | 976.27 |
| 02/27/2009 | SHARE DRAFT 2505 | -195.83 | | 780.44 |
| 02/27/2009 | SHARE DRAFT 2506 | -291.55 | | 488.89 |
| 02/27/2009 | POS PURCHASE<br>4625 REDWOOD DRIVE ROHNERT PARK CA<br>000000336583 24175501<br>Feb 27 @ 12:11pm | -41.55 | | 447.34 |
| 02/28/2009 | DIVIDEND CREDIT | | 0.07 | 447.41 |
| 02/28/2009 | Annual Percentage Yield Earned: 0.10% | | | |
| 02/28/2009 | For the 28 day period. | | | |
| **Ending Balance as of 02/28/2009** | | | | **$447.41** |

*9 Checks for: $1,595.57*
*1 Deposits for: $1,000.00*
*5 Other Debits for: $250.29*
*1 Other Credits for: $0.07*

Total Fees for Paying Overdrafts this Statement Period: $0.00
Total Fees for Paying Overdrafts Year To Date: $0.00
Total Fees for Returning Items Unpaid this Statement Period: $0.00
Total Fees for Returning Items Unpaid Year To Date: $0.00

## SHARE SAVINGS

| Date | Transaction Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **S1 SHARE A/C - SHARE** | Joint Owner : ERIKA MONROY | | | |
| **Balance Forward on 02/01/2009** | | | | **$65.19** |
| **Ending Balance as of 02/28/2009** | | | | **$65.19** |

## ❖ Y-T-D SUMMARIES

Total YTD Interest/Dividend Paid : $0.84
Total Fees for Paying Overdrafts this Statement Period: $0.00
Total Fees for Paying Overdrafts Year To Date: $0.00
Total Fees for Returning Items Unpaid this Statement Period: $0.00







Total Fees for Returning Items Unpaid Year To Date: $0.00

CAL STATE CENTRAL
CREDIT UNION
1205 North Dutton Avenue
Santa Rosa, CA 95401
707.546.6311
www.csccu.org

# Member Statement

Account Number: [redacted]648

Statement Date: 03/01/2009 to 03/31/2009



OZ 01
NICOLAS RODRIGUEZ LUJANO
625 POWDER HORN AVE.
SANTA ROSA, CA 95407

8e14b
01767

## Important Messages

**Home Loans? Start at CSCCU**
*Equal Housing Lender*

As home prices lower, you may now be ready to purchase a home. NEW home loan? **REFINANCE** an existing home loan? **HELOC?** (707) 543-8119 for information or apply online at www.csccu.org

## Account Summary

| | | | |
|---|---|---|---|
| SHARE SAVINGS | $65.19 | SHARE DRAFT CHECKING | $197.81 |
| SAVINGS CERTIFICATES | Super Savings Rates @ www.csccu.org | LOANS | Need a boat or RV loan? Inquire today! |
| IRA ACCOUNTS | 2 Options: Traditional or Roth! | PREMIUM SAVINGS | Current Rates @ www.csccu.org |

## What's New!

NO monthly service charge on our checking accounts

*eChecking* = high-rate, liquid checking with NO minimum balance and a Visa Debit Card! www.csccu.org or call (707) 546-6311
*Regular* checking is interest-earning*
*Check our newsletter for details!

## CHECKS CLEARED AT A GLANCE

| Date | Check# | Amount | Date | Check# | Amount |
|---|---|---|---|---|---|
| 03/13/2009 | 2508 | 29.00 | 03/24/2009 | 2513 | 137.75 |
| 03/20/2009 | 2509 | 283.70 | 03/19/2009 | 2514 | 49.89 |
| 03/19/2009 | 2510 | 81.71 | 03/19/2009 | 2515 | 158.38 |
| 03/18/2009 | 2511 | 155.45 | 03/19/2009 | 2516 | 200.00 |
| 03/20/2009 | 2512 | 143.35 | 03/04/2009 | 561487* | 99.00 |

*Indicates a break in check sequence.

10 Checks Cleared: $1,338.23

## CHECKING

| Date | Transaction Description | Debits | Credits | Balance |
|---|---|---|---|---|
| S5 SHARE A/C - CHECKING | | | | |
| | Joint Owner : ERIKA MONROY | | | |
| | YTD Interest/Dividend: $0.84 | | | |
| **Balance Forward on 03/01/2009** | | | | **$447.41** |
| 03/02/2009 | POS PURCHASE 800 FARMERS LANE SANTA ROSA CA | -24.82 | | 422.59 |



1767-4312





| Date | Transaction Description | Debits | Credits | Balance |
|---|---|---|---|---|
| Balance Forward on 03/01/2009 | | | | $65.19 |
| Ending Balance as of 03/31/2009 | | | | $65.19 |

## ❖ Y-T-D SUMMARIES

Total YTD Interest/Dividend Paid : $0.84
Total Fees for Paying Overdrafts this Statement Period: $0.00
Total Fees for Paying Overdrafts Year To Date: $0.00
Total Fees for Returning Items Unpaid this Statement Period: $0.00
Total Fees for Returning Items Unpaid Year To Date: $0.00





| Date | Transaction Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | 000064052684 00000001 Feb 28 @ 7:58pm | | | |
| 03/02/2009 | DEBIT PURCHASE TOWER MART 2 SANTA ROSA CA 000000009970 TOWR0002 Feb 28 | -36.00 | | 386.59 |
| 03/03/2009 | ATM WITHDRAWAL 6425 REDWOOD DR ROHNERT PARK CA 000000003581 XE4657 Mar 3 @ 8:18am | -160.00 | | 226.59 |
| 03/04/2009 | POS PURCHASE 1900 SANTA ROSA AV SANTA ROSA CA 000000000124 09900041 Mar 3 @ 7:46pm | -34.30 | | 192.29 |
| 03/04/2009 | SHARE DRAFT 561487 | -99.00 | | 93.29 |
| 03/10/2009 | POS PURCHASE 2648 SANTA ROSA AV SANTA ROSA CA 000000988989 00MT8L01 Mar 10 @ 2:41pm | -18.00 | | 75.29 |
| 03/13/2009 | SHARE DRAFT 2508 | -29.00 | | 46.29 |
| 03/14/2009 | DEPOSIT TR#307 | | 1,000.75 | 1,047.04 |
| 03/16/2009 | POS PURCHASE 2648 SANTA ROSA AV SANTA ROSA CA 000000927930 00MT8L01 Mar 16 @ 1:49pm | -17.00 | | 1,030.04 |
| 03/18/2009 | ACH CHECK 2511 CITY OF SANTA RO/CHECKPAYMT/090317 | -155.45 | | 874.59 |
| 03/18/2009 | DEBIT PURCHASE TOWER MART 2 SANTA ROSA CA 000000090600 TOWR0002 Mar 17 | -20.00 | | 854.59 |
| 03/19/2009 | ACH CHECK 2516 CAPITAL ONE ARC/CHECK PYMT/090318 | -200.00 | | 654.59 |
| 03/19/2009 | ACH CHECK 2510 ECHOSTAR COMMUNI/DISHCKPYMT/031809 | -81.71 | | 572.88 |
| 03/19/2009 | ACH CHECK 2515 VZ WIRELESS ARC/ARC/090318 | -158.38 | | 414.50 |
| 03/19/2009 | SHARE DRAFT 2514 | -49.89 | | 364.61 |
| 03/19/2009 | DEPOSIT TR#91 | | 400.00 | 764.61 |
| 03/20/2009 | SHARE DRAFT 2509 | -283.70 | | 480.91 |
| 03/20/2009 | ACH CHECK 2512 AT&T TELCO WEST/000PAYMENT/031909 | -143.35 | | 337.56 |
| 03/24/2009 | SHARE DRAFT 2513 | -137.75 | | 199.81 |
| 03/24/2009 | DEBIT PURCHASE ST ROSA TRANSIT &P SANTA ROSA CA 000000080100 00272602 Mar 24 | -2.00 | | 197.81 |
| **Ending Balance as of 03/31/2009** | | | | **$197.81** |

*10 Checks for: $1,338.23*　　*8 Other Debits for: $312.12*
*2 Deposits for: $1,400.75*

Total Fees for Paying Overdrafts this Statement Period: $0.00
Total Fees for Paying Overdrafts Year To Date: $0.00
Total Fees for Returning Items Unpaid this Statement Period: $0.00
Total Fees for Returning Items Unpaid Year To Date: $0.00

## SHARE SAVINGS

| Date | Transaction Description | Debits | Credits | Balance |
|---|---|---|---|---|

**S1 SHARE A/C - SHARE**
Joint Owner : ERIKA MONROY



1205 North Dutton Avenue
Santa Rosa, CA 95401
707.546.6311
www.csccu.org

*Member Statement*

Account Number: ████648

Statement Date: 04/01/2009 to 04/30/2009



oz 01
NICOLAS RODRIGUEZ LUJANO
625 POWDER HORN AVE.
SANTA ROSA, CA 95407

ait4a
01549

## Important Messages

**Home Loans? Start at CSCCU**
*Equal Housing Lender*

As home prices lower, you may now be ready to purchase a home. **NEW** home loan? **REFINANCE** an existing home loan? **HELOC?** (707) 543-8119 for information or apply online at www.csccu.org

## Account Summary

| | | | |
|---|---|---|---|
| SHARE SAVINGS | $65.19 | SHARE DRAFT CHECKING | $3.85 |
| SAVINGS CERTIFICATES | Super Savings Rates @ www.csccu.org | LOANS | Need a boat or RV loan? Inquire today! |
| IRA ACCOUNTS | 2 Options: Traditional or Roth! | PREMIUM SAVINGS | Current Rates @ www.csccu.org |

## What's New!

**NO monthly service charge on our checking accounts**

***eChecking* = high-rate, liquid checking with NO minimum balance and a Visa Debit Card! www.csccu.org or call (707) 546-6311**
***Regular* checking is interest-earning***
***Check our newsletter for details!**

## CHECKS CLEARED AT A GLANCE

| Date | Check# | Amount | Date | Check# | Amount |
|---|---|---|---|---|---|
| 04/15/2009 | 2517 | 14.00 | 04/23/2009 | 2520 | 117.12 |
| 04/21/2009 | 2518 | 283.70 | 04/21/2009 | 2521 | 141.98 |
| 04/20/2009 | 2519 | 65.76 | 04/03/2009 | 8051* | 99.00 |

*Indicates a break in check sequence.

6 Checks Cleared: $721.56

## CHECKING

| Date | Transaction Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **S5 SHARE A/C - CHECKING** | | | | |
| | Joint Owner : ERIKA MONROY | | | |
| | YTD Interest/Dividend: $0.84 | | | |
| **Balance Forward on 04/01/2009** | | | | **$197.81** |
| 04/03/2009 | SHARE DRAFT 8051 | -99.00 | | 98.81 |
| 04/07/2009 | POS PURCHASE<br>2648 SANTA ROSA AV SANTA ROSA CA<br>000000981465 00MT8L01 Apr 6 @ 6:23pm | -15.00 | | 83.81 |

1549-2442



Case: 09-11707 Doc# 7 Filed: 06/08/09 Entered: 06/08/09 12:43:50 Page 17 of 20





| Date | Transaction Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/07/2009 | POS PURCHASE 2648 SANTA ROSA AV SANTA ROSA CA 000000950138 00MT8L01 Apr 7 @ 7:43am | -30.00 | | 53.81 |
| 04/15/2009 | SHARE DRAFT 2517 | -14.00 | | 39.81 |
| 04/15/2009 | DEBIT PURCHASE TOWER MART 2 SANTA ROSA CA 000000062680 TOWR0002 Apr 14 | -16.00 | | 23.81 |
| 04/17/2009 | DEPOSIT TR#185 | | 670.00 | 693.81 |
| 04/20/2009 | ACH CHECK 2519 CITY OF SANTA RO/CHECKPAYMT/090417 | -65.76 | | 628.05 |
| 04/21/2009 | SHARE DRAFT 2518 | -283.70 | | 344.35 |
| 04/21/2009 | ACH CHECK 2521 AT&T TELCO WEST/000PAYMENT/042009 | -141.98 | | 202.37 |
| 04/23/2009 | SHARE DRAFT 2520 | -117.12 | | 85.25 |
| 04/23/2009 | POS PURCHASE 1390 N MCDOWELL BL PETALUMA CA 000008730904 00000006 Apr 23 @ 2:28pm | -18.55 | | 66.70 |
| 04/23/2009 | DEPOSIT TR#494 | | 15.27 | 81.97 |
| 04/24/2009 | POS PURCHASE 4825 REDWOOD DR RONHERT PARK CA 000080576701 00000025 Apr 24 @ 1:19pm | -7.62 | | 74.35 |
| 04/28/2009 | POS PURCHASE 111 HEALDSBURG AVE HEALDSBURG CA 000000901959 69859201 Apr 28 @ 1:56pm | -20.50 | | 53.85 |
| 04/30/2009 | DEBIT PURCHASE PHONE COUNSELING 877-918-2227 TX 000000035415 21438037 Apr 30 | -50.00 | | 3.85 |
| **Ending Balance as of 04/30/2009** | | | | **$3.85** |

*6 Checks for: $721.56*
*2 Deposits for: $685.27*
*7 Other Debits for: $157.67*

Total Fees for Paying Overdrafts this Statement Period: $0.00
Total Fees for Paying Overdrafts Year To Date: $0.00
Total Fees for Returning Items Unpaid this Statement Period: $0.00
Total Fees for Returning Items Unpaid Year To Date: $0.00

## SHARE SAVINGS

| Date | Transaction Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **S1 SHARE A/C - SHARE** Joint Owner : ERIKA MONROY | | | | |
| **Balance Forward on 04/01/2009** | | | | **$65.19** |
| **Ending Balance as of 04/30/2009** | | | | **$65.19** |

## ❖ Y-T-D SUMMARIES

Total YTD Interest/Dividend Paid : $0.84
Total Fees for Paying Overdrafts this Statement Period: $0.00
Total Fees for Paying Overdrafts Year To Date: $0.00
Total Fees for Returning Items Unpaid this Statement Period: $0.00
Total Fees for Returning Items Unpaid Year To Date: $0.00

SAM33.REQ    CAL STATE CENTRAL C.U.    03 JUN 2009    10:18AM    PAGE: 1

1205 N DUTTON AVE    SANTA ROSA, CA

N RODRIGUEZ LUJANO
625 POWDER HORN AVE.
SANTA ROSA, CA 95407

CLIENT NO. -[redacted]648

BRANCH - 99 ATM    DEPT - 99 NON PAYROLL

LISTING OF TRANSACTIONS FROM 01 MAY 2009 THROUGH 03 JUN 2009

S5 - CHECKING ACCOUNT Held jointly with ERIKA MONROY

| Br | Op | Eff. Date | Posted | Transaction | Debits | Credits | A/c Balance | Chk No | Not Stm |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 20 | 05MAY09 | 06MAY09 | T'FER FROM 223648S1 | | 60.19 | 64.04 | | |
| 3 | 20 | | 06MAY09 | PRIV PAY USAGE 64.96 AVAIL 3.85 | | | | | |
| 3 | 20 | 05MAY09 | 06MAY09 | SHARE DRAFT 2809720\7027852 05 | 99.00 | | 34.96- | | |
| 3 | 20 | 05MAY09 | 06MAY09 | Share OVERDRAFT FEE | 5.00 | | 39.96- | | |
| 3 | 20 | 05MAY09 | 06MAY09 | PRIVILEGE PAY OVER DRAFT | 25.00 | | 64.96- | | |
| 3 | 20 | | | For Check No. 2809720 | | | | | |
| | Balance on 03JUN09 | | | ........................................ | | | 64.96- | | |

SHOULD YOU HAVE ANY INQUIRIES
PLEASE CONTACT (707) 546-6311
DURING NORMAL OFFICE HOURS.

CAL STATE CENTRAL
CREDIT UNION
1205 North Dutton Avenue
Santa Rosa, CA 95401
707.546.6311
www.csccu.org

*Member Statement*

Account Number: [redacted]648

Statement Date: 12/01/2008 to 12/31/2008



oz 02
NICOLAS RODRIGUEZ LUJANO
625 POWDER HORN AVE.
SANTA ROSA, CA 95407

1uk4b
04498

## Important Messages

NO monthly service charge
on our checking accounts

*eChecking* = high-rate, liquid checking with NO minimum balance and a Visa Debit Card!
www.csccu.org or call (707) 546-6311
*Regular* checking is interest-earning*
*Check our newsletter for details!

## Account Summary

| | | | |
|---|---|---|---|
| SHARE SAVINGS | $65.19 | SHARE DRAFT CHECKING | $2,604.00 |
| SAVINGS CERTIFICATES | Super Savings Rates @ www.csccu.org | LOANS | Need a boat or RV loan? Inquire today! |
| IRA ACCOUNTS | 2 Options: Traditional or Roth! | PREMIUM SAVINGS | Current Rates @ www.csccu.org |

## What's New!

All individual retirement account (IRA) holders -

The year-end (12/31/08) balance of your IRA account reflects the "Fair Market Value" of your IRA.

www.csccu.org for our great IRA rate!

## CHECKS CLEARED AT A GLANCE

| Date | Check# | Amount | Date | Check# | Amount |
|---|---|---|---|---|---|
| 12/03/2008 | 2458 | 100.00 | 12/09/2008 | 2481 | 273.70 |
| 12/15/2008 | 2470* | 15.00 | 12/05/2008 | 2482 | 120.00 |
| 12/10/2008 | 2471 | 1,164.00 | 12/15/2008 | 2483 | 49.89 |
| 12/02/2008 | 2472 | 100.00 | 12/15/2008 | 2484 | 187.19 |
| 12/05/2008 | 2473 | 40.90 | 12/15/2008 | 2485 | 200.00 |
| 12/05/2008 | 2474 | 100.00 | 12/17/2008 | 2486 | 18.00 |
| 12/05/2008 | 2475 | 139.05 | 12/19/2008 | 2487 | 219.19 |
| 12/09/2008 | 2476 | 250.00 | 12/18/2008 | 2488 | 159.82 |
| 12/10/2008 | 2477 | 86.21 | 12/24/2008 | 2489 | 1.12 |
| 12/10/2008 | 2478 | 14.11 | 12/29/2008 | 2490 | 250.00 |
| 12/08/2008 | 2479 | 13.00 | 12/29/2008 | 2492* | 0.44 |
| 12/09/2008 | 2480 | 72.75 | 12/03/2008 | 7478* | 99.00 |

*Indicates a break in check sequence.

24 Checks Cleared: $3,673.37

4498-13549