DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500  FAX (707)  544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br>   NICOLAS RODRIGUEZ LUJANO<br>   625 POWDERHORN AVE<br>   SANTA ROSA, CA 95407<br><br>   ###-##-7304<br>                Debtor(s). | Case No.: 09-1-1707 AJ13<br>Chapter 13<br><br>NOTICE BY DAVID BURCHARD, CHAPTER 13<br>TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES |

**341 MEETING OF CREDITORS:**
Date: 08/31/2009
Time: 2:00 PM
Place: Office of the United States Trustee
777 Sonoma Ave., First Floor, #116
Santa Rosa, CA   95404

**CONFIRMATION HEARING:**
Date: 09/29/2009
Time: 1:30 PM
Place: United States Bankruptcy Court
99 South E Street
Santa Rosa, CA   95404

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. American Honda Finance and Redwood Credit Union are listed in Schedule D, however, have been omitted from the plan.  The Trustee requests that debtor's counsel amend the plan and provide treatment to these secured creditors.

2. Section 2 of the plan lists Countrywide Home Loans.  This section is specifically designated for debts secured by personal property, not real property.  The Trustee requests that debtor's counsel amend the plan and omit Countrywide Home Loans from Section 2.

3. Schedule F lists Wachdlrsrv, however, has failed to provide a complete address. The Trustee requests that debtor's counsel amend Schedule F and list the omitted address, and send notice of the filing to said creditor.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case,  Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated: August 28, 2009        DAVID BURCHARD
                              DAVID BURCHARD, Chapter 13 Trustee

## Certificate of Mailing

I, WENDY KARNES, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NICOLAS RODRIGUEZ LUJANO  
625 POWDERHORN AVE  
SANTA ROSA, CA 95407

EVAN LIVINGSTONE  
LAW OFFICES OF EVAN LIVINGSTONE  
182 FARMER'S LANE 100A  
SANTA ROSA, CA 95405

United States Trustee  
235 Pine Street, Suite 700  
San Francisco, CA 94104

Dated: August 28, 2009        WENDY KARNES
                              WENDY KARNES
                              Case Analyst for David Burchard, Trustee