MARY ELLMANN TANG, ESQ. (BAR #154340)
LAW OFFICES OF MARY ELLMANN TANG
111 Deerwood Road, Suite 388
San Ramon, CA 94583
Telephone: (925) 855-8080
Facsimile: (925) 855-8090

Attorney for Secured Creditor
AMERICAN HONDA FINANCE CORPORATION

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:                                             Case No. 09-11707-AJ
                                                   Chapter 13
NICOLAS RODRIGUEZ LUJANO,
                                                   **OBJECTION TO CONFIRMATION**
    Debtor.                                        **OF CHAPTER 13 PLAN**
_____/
                                                   <u>Confirmation Hearing</u>
                                                   Date: December 21, 2009
                                                   Time: 1:30 p.m.

        TO THE DEBTOR, THE ATTORNEY OF RECORD FOR THE DEBTOR, AND

THE CHAPTER 13 TRUSTEE:

        AMERICAN HONDA FINANCE CORPORATION (the "Secured Creditor") hereby

objects to confirmation of the Chapter 13 Plan (the "Plan") on the following grounds:

        1.      On or about April 28, 2008, NICOLAS RODRIGUEZ LUJANO ("Debtor")

and ALICIA LILIANA LOPEZ ("Codebtor") entered into a written Retail Installment Sales

Contract Agreement ("Agreement") for the purchase of a 2008 Honda Accord ("Vehicle").

A true and correct copy of the Agreement is attached hereto as Exhibit "A" and incorporated

herein by this reference.

        2.      The Agreement was subsequently assigned to the Secured Creditor and the

Secured Creditor is now the legal owner and holder thereof.  The Secured Creditor perfected

its lien in the Vehicle. A true and correct copy of the Lienholder Verification Report is attached hereto as Exhibit "B" and incorporated herein by this reference.

3. The Secured Creditor's records reflect that the balance due and owing on the Vehicle was $26,718.02 as of the bankruptcy filing date.

4. The Plan states that the value of the vehicle is $21,000.00.

5. The Secured Creditor objects to the Plan because the Vehicle was purchased within 910 days of the Bankruptcy filing date. Accordingly the Secured Creditor is entitled to the entire balance due.

6. The Chapter 13 Plan provides for the Codebtor to make payments. Accordingly, the Codebtor should pay the full balance due.

WHEREFORE, the Secured Creditor prays the Court to make its Order denying the Plan, or in the alternative, requiring the Debtor to increase the Secured Creditor's secured claim to $26,718.02.

Dated: December _10_, 2009

LAW OFFICES OF
MARY ELLMANN TANG

_Mary E Tang_

MARY ELLMANN TANG, ESQ.
Attorney for AMERICAN HONDA FINANCE CORPORATION

AH8800.2626

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN                    2