Evan Livingstone, SBN 252008
182 Farmers Ln, Ste. 100A
Santa Rosa CA 95405
Phone: (707) 571-8600
Fax:    (707) 676-9112

Email: evanlivingstone@sbcglobal.net

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| In re | Nicolas Rodriguez Lujano | Case No. | 09-11707 |
| | Debtor(s) | Chapter | 13 |
| | | Date: | February 8, 2010 |
| | | | 1:30 PM |
| | | Place: | Santa Rosa, CA |

## NOTICE OF HEARING ON DEBTOR'S MOTION FOR ORDER VALUING LIEN OF BANK OF AMERICA AS $0

To Secured Creditor **BANK OF AMERICA**

Please Take Notice – At the above date and time there will be a hearing on Debtor's attached motion to value the lien you hold on Debtor's real property at zero dollars ($0), and for an order that the Lien may not be enforced, and for an order permanently stripping the Lien from Debtor's real property should Debtor receive a Discharge upon completing her Chapter 13 plan payments. If you do not appear at hearing, the Court may enter an order granting the relief.

Date: January 12, 2010

_____
Evan Livingstone
Attorney for Debtor(s)

Evan Livingstone, SBN 252008
182 Farmers Ln, Ste. 100A
Santa Rosa CA 95405
Phone: (707) 571-8600
Fax:    (707) 676-9112

Email: evanlivingstone@sbcglobal.net

Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| In re | Nicolas Rodriguez Lujano | Case No. | 09-11707 |
|---|---|---|---|
| | Debtor(s) | Chapter | 13 |
| | | Date: | February 8, 2010 |
| | | | 1:30 PM |
| | | Place: | Santa Rosa, CA |

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2010, a copy of above NOTICE OF HEARING ON MOTION FOR ORDER VALUING LIEN OF SECURED CREDITOR AS $0 as well as a copy of Debtor(s) MOTION TO VALUE LIEN OF SECURED CREDITOR AS $0, was served, to the Chapter 13 Trustee, electronically and to the creditor listed below by <u>certified mail addressed to an officer of the institution</u>.

        Brian Moynihan
        CEO and President
        Bank of America
        100 North Tryon St.
        Charlotte, NC 28202

Date: January 12, 2010
                                _____
                                Evan Livingstone