Vy T. Pham, Esq.
California Bar No. 249911
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Ave., Suite 200
Costa Mesa, CA 92626
(714) 481-9100 / FAX (714) 481-9144
File No. 09-07146

Attorneys for Movant,
BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

In re:

NICOLAS RODRIGUEZ LUJANO,

Debtor.

Case No.: 09-11707 AJ
Chapter 13
R.S. No. N/A

## WITHDRAWAL OF SECURED CREDITOR'S OBJECTIONS TO PROPOSED CHAPTER 13 AMENDED PLAN AND CONFIRMATION THEREOF

BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, Secured Creditor in the above-entitled Bankruptcy proceeding hereby withdraws its Objections to Proposed Chapter 13 Amended Plan and Confirmation Thereof filed with the Court on October 27, 2009. The Amended Plan filed on January 13, 2010 resolves Secured Creditor's Objections.

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated: 1/15/10          By: /s/ Vy T. Pham
                             Vy T. Pham, Esq.
                             Attorney for Movant

(09-07146/ndmisc.dot/)

1