MARY ELLMANN TANG, ESQ. (BAR #154340)
LAW OFFICES OF MARY ELLMANN TANG
111 Deerwood Road, Suite 388
San Ramon, CA 94583
Telephone: (925) 855-8080
Facsimile: (925) 855-8090

Attorney for Movant
AMERICAN HONDA FINANCE CORPORATION

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

NICOLAS RODRIGUEZ LUJANO,

    Debtor.
_____/

Case No. 09-11707-AJ
Chapter 13
R.S. No. MET-447

MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF §362 AND THE CODEBTOR STAY OF §1301

Hearing
Date: February 11, 2010
Time: 9:00 a.m.

    AMERICAN HONDA FINANCE CORPORATION ("Movant") hereby moves this Court for relief from the automatic stay and the codebtor stay pursuant to 11 U.S.C. §362, to allow Movant to proceed with its rights and remedies as set forth in the written Retail Installment Sale Contract as described herein with regard to the 2008 Honda Accord, based upon lack of adequate protection.

    The Bankruptcy Court has jurisdiction over this proceeding pursuant to 11 U.S.C. §362, 28 U.S.C. §157 and §1334, and it is a core proceeding within the definition of 28 U.S.C. §157(b).

    On or about June 8, 2008, the Debtor, NICOLAS RODRIGUEZ LUJANO, filed a Petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court, Northern District of California, Division of Santa Rosa, Bankruptcy No. 09-11707-AJ.

1

MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF §362 AND THE CODEBTOR STAY OF §1301

David Burchard was appointed Trustee, has been duly qualified, and is now acting in said capacity.

On or about April 28, 2008, NICOLAS RODRIGUEZ LUJANO ("Debtor") and ALICIA LOPEZ ("Codebtor") entered into a written Retail Installment Sale Contract ("Agreement") for the purchase of a 2008 Honda Accord ("vehicle"). A true and correct copy of the Agreement is attached to the Declaration of Shanda Edwards, served and filed concurrently herewith and incorporated herein by this reference.

The Agreement was subsequently assigned to Movant and Movant is now the legal owner and holder thereof. Movant perfected its lien in the vehicle. A true and correct copy of the Lienholder Verification Report is attached to the Declaration of Shanda Edwards and incorporated herein by this reference.

Movant is informed that the vehicle, a 2008 Honda Accord, Vehicle I.D. No. 1HGCP26878A107765 is in the possession of the Debtor or Codebtor. Movant is not provided for in the Amended Chapter 13 Plan.

The Debtor is in default under the Agreement in that the payment due October 28, 2009 has not been paid on the Agreement, nor have any subsequent installments. The following payments have been received since the Debtor filed bankruptcy:

| Date: | Amount: | Applied To: |
|---|---|---|
| June 22, 2009 | $500.00 | June 28, 2009 and July 28, 2009 (partial) payments |
| July 28, 2009 | $500.00 | July 28, 2009 and August 28, 2009 (partial) payments |
| October 6, 2009 | $999.12 | August 28, 2009 and September 28, 2009 (partial) payments |

There is now due, owing and unpaid on said Agreement the sum of $25,600.83, with interest, late charges, and attorney's fees accruing. The trade-in value of the vehicle is $18,225.00.

It is provided by the terms of the Agreement that upon default by the Debtor, Movant

2

Case: 09-11707   Doc# 33   Filed: 01/26/10   Entered: 01/26/10 10:28:05   Page 2 of 4
MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF §362 AND THE CODEBTOR STAY OF §1301

may take and have immediate possession of the vehicle. By reason of the foregoing, Movant is the owner, and is entitled to immediate possession of the vehicle. Movant does not have, and has not been offered, adequate protection for its interest in the vehicle. The vehicle is not necessary for an effective reorganization.

In the alternative, if this Honorable Court determines that the stay shall remain in effect for a period of time, Movant respectfully submits that it is entitled to be adequately protected by way of the payment by the Debtor of periodic payments pursuant to the terms of the original Agreement, and also any and all costs expended by the Movant for advances to cover late charges and attorneys' fees.

Based upon the foregoing and the Declaration of Shanda Edwards filed concurrently herewith, Movant respectfully requests that this Court terminate the automatic stay with regard to the 2008 Honda Accord, make the order binding if the case is converted, and rule that Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived or, in the alternative, that this Court require the Debtor to provide periodic payments to Movant which will adequately protect its interest in the vehicle during the pendency of this Chapter 13 proceeding.

///

///

///

///

///

///

///

///

3

MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF §362 AND THE CODEBTOR STAY OF §1301

Regarding the Codebtor, Movant also requests that this court permit Movant to exercise its rights and remedies under the Agreement and state law regarding the vehicle including filing a lawsuit, obtaining a judgment and enforcing the judgment against the codebtor. In the alternative, Movant requests that this Court require the Debtor to provide periodic payments to Movant which will adequately protect its interest in the vehicle during the pendency of this Chapter 13 proceeding as well as attorneys' fees for filing this motion.

Dated: 1/22/10

LAW OFFICES OF
MARY ELLMANN TANG

*/s/ Mary E. Tang*

MARY ELLMANN TANG, ESQ.
Attorney for AMERICAN HONDA FINANCE CORPORATION

AH8800.2626

4

Case: 09-11707   Doc# 33   Filed: 01/26/10   Entered: 01/26/10 10:28:05   Page 4 of 4
MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF §362 AND THE CODEBTOR STAY OF §1301