MARY ELLMANN TANG, ESQ. (BAR #154340)
Law Offices of Mary Ellmann Tang
111 Deerwood Road, Suite 388
San Ramon, CA 94583
Telephone: (925) 855-8080
Facsimile: (925) 855-8090

Attorney for Movant
AMERICAN HONDA FINANCE CORPORATION

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

NICOLAS RODRIGUEZ LUJANO,

    Debtor.
_____/

Case No. 09-11707-AJ
Chapter No. 13

NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

    AMERICAN HONDA FINANCE CORPORATION, as the objecting party, withdraws the Objection to Confirmation of Chapter 13 Plan ("Objection"). The Debtor has amended his Chapter 13 Plan, thereby resolving the Creditor's Objection.

Dated: 2/16/10

LAW OFFICES OF
MARY ELLMANN TANG

_____
MARY ELLMANN TANG, ESQ.
Attorney for AMERICAN HONDA FINANCE CORPORATION

AH8800.2626

NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN
Case: 09-11707   Doc# 39   Filed: 02/16/10   Entered: 02/16/10 10:18:31   Page 1 of 1