**DAVID BURCHARD - SANTA ROSA, TRUSTEE**
P.O. Box 8059, Foster City, CA  94404
(650) 345-7801   FAX (650) 345-1514
(707) 544-5500   FAX (707) 544-0475

0050-2B-EPIP2B-00022390-134902

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## San Francisco / Santa Rosa Divisions

**BANKRUPTCY CASE NO:** 09-1-1707 AJ13
Chapter 13

IN RE:

NICOLAS RODRIGUEZ LUJANO

_____
DEBTOR(S)

## ACCOUNTING OF CHAPTER 13 PLAN PAYMENTS

The Trustee represents that as of _____05/30/2012_____, all the payments owed by the above named debtor(s) in the Chapter 13 Case filed on _____06/08/2009_____ and confirmed by the Court, have been paid.

DATE: 05/31/2012

_____David Burchard - Santa Rosa_____
**DAVID BURCHARD - SANTA ROSA, TRUSTEE**